So Ordered.

_____

Signed this 22 day of October, 2018.

Diane Davis
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------
In re:

      Carl Dacosta

Case No. 18-60946
Chapter 13

Debtor(s)
----------------------------------------------------------------

### ORDER OF DISMISSAL WITH PREJUDICE

On 7/18/2018, the Court granted the Debtor's[1] application to pay the filing fee in installments.

The Debtor did not comply with the Order approving the application, and the Court noticed a hearing to

dismiss the case with prejudice.  The Debtor did not oppose or otherwise appear in defense of dismissal.

The Court finds Debtor's failure to pay the filing fee to be a willful violation by the Debtor to

abide by an order of the Court. Therefore, it is hereby

ORDERED, that a filing fee in the amount of $250.00 is still due and owing; and it is further

ORDERED, that pursuant to 11 U.S.C. §§ 109(g)(1) and 1307(c), the case is dismissed with

prejudice for 180 days from entry of this order.

# # #

---

[1] In a joint filing, "Debtor" shall be read as applying to both Debtors.